# EXHIBIT 1

## MASTER SERVICES AGREEMENT

This Master Services Agreement is entered into as of April 8, 2019 **("Effective Date")** between Twitter, Inc., for itself and the benefit of its affiliates and subsidiaries, with its principal place of business at 1355 Market Street, Suite 900, San Francisco, CA 94103 ("**Twitter**") and:

Full Legal Supplier Name ("**Supplier**"): Point B,Inc

Address: 1 Market Spear Tower

City, State, Zip Code: San Francisco, CA 94105

Twitter desires to have Supplier perform the services provided on the applicable Statement of Work for Twitter and Supplier desires to perform such services for Twitter, subject to and in accordance with the terms and conditions of this Agreement. References to "Twitter" will include any affiliate of Twitter that expressly agrees to the terms and conditions hereunder or is otherwise legally bound to such terms and conditions. Twitter and Supplier are each referred to individually as a "party," and collectively as the "parties."

**NOW, THEREFORE,** the parties agree as follows:

**1. DEFINITIONS.**

**"Agreement"** means this Master Services Agreement, and any Statements of Work, amendments, addenda, exhibits, schedules, specifications or other documents, incorporated by reference or attached hereto.

**"Confidential Information"** means the proprietary information exchanged between the parties, which is (i) marked "confidential" or "proprietary" at the time of disclosure by the disclosing party; or (ii) by its nature or content is reasonably distinguishable as confidential or proprietary to the receiving party, and includes, without limitation, information (tangible or intangible) regarding a party's technology, designs, techniques, research, know-how, specifications, product plans, pricing, customer information, user data, current or future strategic information, current or future business plans, policies or practices, employee information, and other business and technical information.

**"Intellectual Property Rights"** means all right, title and interest in and to the Work Product, including all worldwide patent rights (including patent applications and disclosures), copyright rights, mask work rights, trade secret rights, know-how, and any and all other intellectual property or proprietary rights.

**"Moral Rights"** means any rights to claim authorship of any Work Product, to object to or prevent the modification or destruction of any Work Product, to withdraw from circulation or control the publication or distribution of any Work Product, and any similar right, existing under judicial or statutory law of any country in the world, or under any treaty, regardless of whether or not such right is called or generally referred to as a "moral right."

**"Open Source License"** means a license under an OSI-approved (Open Source Initiative) open source license.

**"Open Source Technology"** means any source code, object code, compiled code or linked code, in software or hardware, that is included in, linked to, conveyed by network, or otherwise distributed by (or on behalf of) Supplier or Supplier's Subcontractor, under an Open Source License, to Twitter and/or its customers.

**"Related Rights"** means Supplier's patent rights, copyright rights, mask work rights, trade secret rights, or any other intellectual property or proprietary rights, which Supplier developed or acquired prior to entering into this Agreement or a Statement of Work, or that Supplier developed, acquired or otherwise owns separate and independent of this Agreement and that block or interfere with the rights assigned to Twitter under this Agreement.

**"Services"** means those services and deliverables described in the applicable Statement of Work, including but not limited to the provision of the Work Product, consulting, support, and maintenance.

**"Service Credits"** means the amounts payable by the Supplier to Twitter in the event the Supplier fails to meet the Service Levels.

**"Service Levels"** means the performance standards set by the parties for the Services.  The Service Levels may be set out in this Agreement or the applicable Statement of Work.

**"Statement of Work"** means the document executed by Twitter and Supplier describing the specific Services to be performed by Supplier, including any work product to be delivered by Supplier. The parties may add Services under this Agreement by executing additional Statements of Work.

**"Subcontractor"** means any third party, such as a person, firm or corporation that may be directly or indirectly contracted by Supplier for all or part of the Services.

**"Work Product"** means all inventions, products, designs, drawings, notes, documents, information, documentation, improvements, works of authorship, processes, techniques, know-how, algorithms, technical and business plans, specifications, hardware, circuits, code, computer languages, computer programs, databases, user interfaces, encoding techniques, and other developments, materials and innovations of any kind that Supplier may make, conceive, develop or reduce to practice, alone or jointly with others, in connection with performing Services or that result from or that are related to such Services, whether or not they are eligible for patent, copyright, mask work, trade secret, trademark or other legal protection.

**2. SCOPE OF THE AGREEMENT.**

**2.1. Statements of Work.** This is a general procurement agreement that contemplates Supplier and Twitter entering into one or more Statements of Work to this Agreement. Each Statement of Work will expressly refer to this Agreement and be subject to and governed by the terms and conditions contained herein. Each party acknowledges that the Agreement and any Statement(s) of Work are non-exclusive and Twitter may contract with other parties for the procurement of comparable Services.

**2.2. Order of Precedence.**  In the event of a conflict between the provisions of this Agreement and those of any Statement of Work, the provisions of such Statement of Work will control (with respect to such Statement of Work only); provided, however, that the terms and conditions set forth in this Agreement will always control with respect to limitations of liability, indemnification obligations, representation and warranties, confidentiality and governing law.

**2.3. Twitter Affiliates as Beneficiary to a Statement of Work.**  Supplier acknowledges and agrees that Services performed for Twitter under a Statement of Work may include providing Services for an affiliates of Twitter.

**2.4.   Changes to Scope.**  If either party wishes to change the scope or performance of the Services, that party will submit the details of the requested change to the other party in writing.  Within a reasonable time after such request (and, if the request is made by Twitter, not more than three (3) business days after receipt of Twitter's request), provide a written estimate to Twitter of: (a) the likely time required to implement the change; (b) any variations to the fees or other charges for the Services;

(c) any likely effect of the change on the Services; and (d) any other impact the change might have on the performance of this Agreement.  Promptly after the receipt of the written estimate, if the parties agree to such change in the scope or performance of the Services, the parties will mutually agree in writing to such change (each a "Change Order").

**3. PERSONNEL.**

**3.1.   Relationship of Parties.**  Supplier is an independent contractor and is not an agent or employee of Twitter, and has no authority to bind Twitter by contract or otherwise. Neither Supplier, nor any of Supplier's employees, will be entitled to any benefits accorded to Twitter's employees, including without limitation, worker's compensation, disability insurance, or any Twitter sponsored benefits. Supplier will be responsible for providing, at Supplier's expense, and in Supplier's name, unemployment, disability, and worker's compensation for all individuals engaged by the Supplier to perform the Services. Supplier will perform the Services under the general direction of Twitter, but Supplier will determine, in Supplier's sole discretion, the manner and means by which the Services are accomplished, subject to the requirement that Supplier will at all times comply with applicable law. Twitter has no right or authority to control the manner or means by which the Services are accomplished by Supplier's employees or Subcontractors.

**3.2. Background Check.** To the fullest extent permitted by law and in accordance with industry best practices and standards, Supplier agrees to conduct, prior to its performance of Services under this Agreement, appropriate background investigations on all its personnel and other Supplier personnel (such as Subcontractors) performing Supplier's obligations in connection with this Agreement, and that Supplier will further perform such background investigations for each individual subsequently assigned to perform services under this Agreement. All background investigations will be conducted by an FCRA-compliant agency and will include: (a) identity confirmation, (b) confirmation of prior work history, (c) criminal background history and (d) to the extent legally permissible, confirmation of the legal right to work in the jurisdiction where the employee will be providing Services. Supplier further agrees that it will certify its compliance with this provision at least annually, and that Twitter may audit such compliance.

**3.3. Supplier Personnel Group Health Coverage**.  As a result of the Shared Responsibility requirements contained in the Affordable Care Act, Supplier hereby agrees to timely offer and, if elected by its personnel, provide each Supplier personnel who provides services in the United States and who is a full-time employee (and his or her dependents) with group health coverage that: (a) qualifies as minimum essential coverage under an eligible employer-sponsored plan; (b) is affordable; and (c) provides minimum value, so that no payment may be assessed to Supplier personnel or Twitter  (and/or any affiliates of Supplier and/or Twitter) under Section 4980H of the Internal Revenue Code with respect to such Supplier personnel.  If the Supplier receives notice from a government agency, including but not limited to the Internal Revenue Service, that such group health coverage is noncompliant with this Amendment or that a penalty will be assessed as a result, the Supplier must provide written notice to Twitter within 30 days of receiving such notice.

**3.4.   Equal Employment Opportunity Compliance.**  Supplier will comply with all federal, state, and local laws and ordinances that relate to unlawful discrimination in recruitment and hiring.  In particular, Supplier agrees that it does not and will not discriminate on the basis of race or color; religion; national origin or ancestry; physical disability; mental disability; medical condition; marital status; sex or sexual orientation; age; pregnancy or childbirth; or any other classification protected by law.

**4. PAYMENT; TAXES**

**4.1. Payment.** Unless otherwise specified in the Statement of Work, Twitter will pay each invoice, referencing Twitter's purchase order number, submitted by Supplier (remit to email address: apinvoices.us@twitter.com) within sixty (60) days following receipt thereof, and will not reimburse

Supplier for any expenses incurred by Supplier in connection with performing Services. Twitter will pay Supplier undisputed fees in accordance with the terms set forth in each Statement of Work. If the Statement of Work requires Supplier to complete certain milestones, Twitter's payment obligation will be expressly subject to Supplier's completion of such milestones to Twitter's reasonable satisfaction. Notwithstanding anything to the contrary contained in the Agreement, (a) Invoices submitted more than six (6) months after Twitter's receipt of Services will be rejected and no payment will be made and (b) Twitter will have no liability whatsoever under the Agreement for amounts due under any such invoice.

**4.2. Taxes.** Amounts payable to Supplier under this Agreement are exclusive of any transaction taxes (including sales, use, consumption, value-added and similar transaction taxes) that may be imposed in connection with fees received by Supplier pursuant to this Agreement. For any payments made under this Agreement, Supplier may charge and Twitter will pay applicable transaction taxes, provided that such transaction taxes are stated on the original invoice related to the Service rendered, that Supplier timely provides to Twitter and Supplier's invoices state such transaction taxes separately. Twitter may provide Supplier with an exemption certificate or equivalent information acceptable to the relevant taxing authority, in which case, Supplier will not charge and or collect the transaction taxes covered by such certificate. Twitter may deduct or withhold any withholding taxes that Twitter may be legally obligated to deduct or withhold from any amounts payable to Supplier under the Agreement, and payment to Supplier as reduced by such deductions or withholdings will constitute full payment and settlement of amounts payable to Supplier under the Agreement. If a tax authority subsequently finds that Twitter's withholding tax payment was insufficient and requires additional payments, Twitter will make such payments and Supplier will reimburse Twitter for such additional withholding tax payments. Within a reasonable period, Twitter will provide Supplier with documentation evidencing its withholding tax payments.

**5. OWNERSHIP AND INTELLECTUAL PROPERTY RIGHTS.**

**5.1. Assignment of Work Product.** Twitter and Supplier agree that, to the fullest extent legally possible, all Work Product will be works made for hire owned exclusively by Twitter. Supplier agrees that, regardless of whether the Work Product are legally works made for hire, all Work Product will be the sole and exclusive property of Twitter. Supplier agrees to irrevocably transfer and assign to Twitter, all right, title and interest worldwide in and to the Work Product and Intellectual Property Rights. At Twitter's request and expense, during and after the Term of this Agreement, Supplier will assist and cooperate with Twitter in all respects and will execute documents, and, subject to the reasonable availability of Supplier, give testimony and take such further acts reasonably requested by Twitter to enable Twitter to acquire, transfer, maintain, perfect and enforce its Intellectual Property Rights and other legal protections for the Work Product.

**5.2. Moral Rights.** Supplier also hereby irrevocably transfers and assigns to Twitter, and agrees to irrevocably transfer and assign to Twitter, and waives and agrees never to assert, any and all Moral Rights that Supplier may have in or with respect to any Work Product, during and after the Term of this Agreement.

**5.3. Related Rights.** Supplier will retain all Related Rights in any materials that may be used in connection with the Services or Work Product. To the extent that Supplier owns or controls (presently or in the future) any Related Rights to the Work Product, Supplier hereby grants or will cause to be granted to Twitter a non-exclusive, royalty-free, irrevocable, perpetual, transferable, worldwide license (with the right to sublicense) to make, have made, use, offer to sell, sell, import, copy, modify, create derivative works based upon, distribute, sublicense, display, perform and transmit any products, software, hardware, methods or materials of any kind that are covered by such Related Rights, to the extent necessary to enable Twitter to exercise all of the rights assigned to Twitter under this Agreement.

**5.4. Open Source.** To the extent any Open Source Technology, including any in the Work Product, is subject to an Open Source License, Supplier will perfect its rights to meet the requirements of this section, to the fullest extent legally possible consistent with such Open Source License.

## 6. CONFIDENTIAL INFORMATION.

**6.1. Obligations.** Each party agrees to hold Confidential Information in confidence and to not use or disclose it to a third party for a period of five (5) years from the date of termination or expiration of this Agreement. The receiving party will protect the Confidential Information by using the same degree of care, but no less than a reasonable degree of care (including reasonable security measures), to prevent the unauthorized use, dissemination or publication of Confidential Information as the receiving party uses to protect its own confidential information of like nature. If either party authorizes the other to make copies of Confidential Information, the other party's proprietary rights notices will be reproduced in the same manner as the original Confidential Information. The receiving party may disclose the Confidential Information to its employees, agents, financial advisers and independent contractors, only as necessary to fulfill the Services and provided such parties have executed a written nondisclosure agreement substantially as protective of the Confidential Information as this Agreement. The receiving party will promptly notify the disclosing party of any actual or suspected misuse or unauthorized disclosure of the disclosing party's Confidential Information.

**6.2. Exclusions.** Confidential Information will not include information that (a) is made generally available in the public domain prior to time of disclosure; (b) is or becomes publicly available through no act or omission by the receiving party; (c) was already in the receiving party's possession without restriction before receipt from the disclosing party and was not subject to a duty of confidentiality; (d) is rightfully disclosed to the receiving party by a third party without confidentiality restrictions; or (e) that the receiving party independently developed without use of or reference to Confidential Information. The receiving party may disclose the disclosing party's Confidential Information as required by law or court order provided: (i) the receiving party reasonably notifies the disclosing party in writing of the requirement for disclosure, unless notice is prohibited by law; and (ii) discloses only that portion of the Confidential Information legally required. Any such disclosure of Confidential Information will not otherwise relieve receiving party of any of its obligations hereunder.

**6.3. Personal Data Protection.**

(a) Notwithstanding the provisions of Section 6.1 and 6.2 or any other provisions of this Agreement, (a) the obligations of confidentiality shall extend indefinitely as it relates to customer information, user data, and any other personal data and survive termination or expiration of this Agreement; and (b) none of the exclusions set forth in Section 6.2 apply to any customer information or user data, whether provided by or on behalf of Twitter to Supplier or the Services for processing or generated or derived from such processing and regardless of whether such customer information or user data may be publicly available or otherwise qualify for exclusion under any of the other provisions of Section 6.2. The preceding sentence does not prohibit or limit Supplier from any use or disclosure of any information that may be the same as any customer information or user data but which Supplier can demonstrate by documentary evidence was: (a) obtained by Supplier without access to, reference to or use of any customer information or user data; and (b) at all times maintained separately from and not in any way combined, commingled, compared, benchmarked or in any way associated with any customer information or user data.

**6.4 Publicity.** Supplier will not, without first obtaining Twitter's prior written consent, advertise or otherwise disclose that Supplier has furnished or agreed to furnish Services to Twitter under this Agreement.  In the event Twitter provides its consent, Supplier agrees to adhere to Twitter's current brand and legal guidelines, located at twitter.com/logo.

## 7. ANTI-BRIBERY.

**7.1.** Supplier, including its officers, directors, and employees, will comply with all laws applicable to the parties under the Agreement relating to bribery and/or corruption ("Anti-Corruption Laws"); (b) will not directly or indirectly offer, give, authorize, solicit, or accept the giving of money or anything else of value to or from any person, whether a government official or private party, to obtain an improper advantage for Twitter, Supplier, or any third party, or secure the improper performance of that person's function or misuse of that person's position; (c) will not directly or indirectly offer, give or authorize the giving of money or anything else of value to any government official in his or her personal capacity, to facilitate or expedite government action or approvals; (d) will not do, or omit to do, any act that will cause Twitter to be in breach of the Anti-Corruption Laws; (e) will not directly or indirectly offer, give or authorize to any Twitter employee or contractor any gift, gratuity, service, favor, or anything else of value to influence or reward that employee or contractor in connection with the Agreement; (f) will not accept, and will promptly report to Twitter, any request or demand for any undue financial or other advantage of any kind received by Supplier in connection with the performance of the Agreement; and (g) represents and warrants that it has, with regard to any past action or omission related to the Agreement, acted consistently with each requirement set forth above.

**7.2.** Supplier represents and warrants that neither Supplier nor any of its principals, owners, directors, or officers: (a) has been convicted of any offense involving bribery, corruption, fraud, or dishonesty; (b) has been or is the subject of any investigation, inquiry or enforcement proceedings by any governmental, administrative, or regulatory body regarding any offense or alleged offense under the Anti-Corruption Laws; or (c) has been, or is listed by any government agency as being, debarred, suspended, proposed for suspension or debarment, or otherwise ineligible for participation in government procurement programs or government contracts. Supplier will promptly notify Twitter if it or any of its principals, owners, directors, or officers become subject to (a), (b), or (c) above during the course of Supplier's performance under the Agreement.

**7.3.** Supplier must (a) provide Twitter with immediate notice in the event of a breach or alleged breach of any Anti-Corruption Laws and (b) upon reasonable request by Twitter, certify its compliance with this Section. Supplier acknowledges that Twitter will consider the breach of this Section a material breach of the Agreement.

**7.4.** Supplier will indemnify Twitter against any and all losses, liabilities and/or claims (including government fines and penalties) incurred by, or awarded against, Twitter as a result of Supplier's failure to comply with this Policy. If Twitter terminates the Agreement for a breach of Section 1 of this Policy, Supplier will not be entitled to claim compensation or any further remuneration, regardless of any activities or agreements with third parties that Supplier may have entered into before termination. In addition, payments previously made by Twitter to Supplier with regard to any transaction for which a breach has occurred will be refunded to Twitter by Supplier.

**8. REPRESENTATIONS AND WARRANTIES**.

**8.1.    General Warranties.**  Each party represents and warrants that:

(a) it has the full right, power and authority to enter into this Agreement, to grant the rights and licenses granted hereunder and to perform its obligations hereunder; and

(b) the execution of this Agreement by its representative whose signature is set forth in the signature has been duly authorized by all necessary corporate action of the party.

**8.2.    Supplier Warranties.**  Supplier represents and warrants to Twitter that:

(a) its facilities, personnel, experience, and expertise are sufficient to perform the Services as described in any executed Statement of Work;

(b) it will perform the Services in a professional and workmanlike manner, conforming to industry standards and practices;

(c) it will use industry-standard and commercially-reasonable organizational and technical safeguards to protect Confidential Information;

(d) its performance of the Services will be in compliance with all applicable foreign, federal, state, and local laws, rules, and regulations;

(e) it has no pre-existing obligations or commitments (and will promptly provide Twitter notice in the event that it assumes any obligations or commitments) that would be in conflict or inconsistent with, or that would hinder Supplier's performance of its obligations under this Agreement;

(f) the Services will conform in all respects with the requirements and specifications stated in the Agreement and the applicable Statement of Work.  In the event of Supplier's breach of the foregoing warranty, Twitter may (a) require Supplier to correct (at no cost to Twitter) any defective or nonconforming item, or (b) correct the defective or nonconforming item itself and charge Supplier for the cost of such correction. Supplier will promptly repair or replace at its own expense all damages to any materials on Twitter's premises caused by Supplier or its personnel;

(g) the Services contain no disabling or destructive code and are free from any malicious code including viruses, Trojan horses, worms, backdoors, spyware; and

(h) for all Open Source Technology provided under this Master Services Agreement, Supplier (a) will be in full compliance with the Open Source Licenses under which the Open Source Technology is provided, (b) will have all necessary rights to, and ownership interest in the Open Source Technology to provide it under the applicable Open Source Licenses, and (d) will not provide Open Source Technology subject to a GPL-style License, with the sole exception of Open Source Technology listed pursuant to Section 1.4(i), or an equivalent section, of the applicable Statement of Work that is expressly consented to by Twitter.  A **"GPL-style License"** means any version of the GPL (General Public License), LGPL (Lesser General Public License), AGPL (Affero General Public License), or another Open Source License that requires derivative, linked, or network-conveyed technology to be placed under the same or similar license terms.

**8.3.    Disclaimer of Warranties.**  EXCEPT AS PROVIDED IN SECTION 8, SUPPLIER DISCLAIMS ALL OTHER REPRESENTATIONS AND WARRANTIES OF ANY KIND WHATSOEVER, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF: MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND FITNESS WITH A PARTICULAR USE OR PURPOSE.

**9. INDEMNIFICATION.**

**9.1    Supplier Indemnity.**  Supplier will at its sole cost, defend, or at its option settle, Twitter, and its subsidiaries, affiliates, officers and employees, against any and all claims, suits, actions, and judgments, brought by a third party, and will indemnify and hold Twitter, and its subsidiaries, affiliates, officers and employees, harmless from any and all associated damages, losses, liabilities, costs and expenses (including reasonable attorneys' fees), to the extent arising out of or in connection with: (a) any act or omission by Supplier in connection with Supplier's performance of the Services; (b) infringement or alleged infringement of a third party's intellectual property rights by the Work Product or as a result of the performance of the Services; (c) Supplier's breach or claimed breach of Section 3.2 (Background Check), Section 6 (Confidential Information), Section 7 (Anti-Bribery) or Section 8 (Representations and Warranties); (d) any obligation imposed by law on Twitter to pay any tax imposed by federal, foreign or state government on payrolls or compensations of its employees; (e) any and all assessable payments, liabilities and/or penalties (including any interest, excise taxes,

and/or attorneys' fees) that may be imposed under Section 4980H as a consequence of Supplier's failure to offer group health coverage described in Section 3.3; or (f) Supplier's failure to comply with applicable laws.

**9.2     Procedure.** Twitter will have the right to approve any counsel retained to defend against any claim in which Twitter is named a defendant, and will not unreasonably withhold such approval. Additionally, Twitter will have the right to control and participate in the defense of any such claim concerning matters that relate to Twitter, at Twitter's cost and expense. Supplier will not settle any such claim without Twitter's reasonable consent. In addition to Twitter's rights and Supplier's other obligations hereunder (including, without limitation, the indemnity obligations set forth herein, in the event the Work Product or Services, or any part thereof, are held or may be held to constitute, or become the subject of any claim or suit for infringement, Supplier at no cost to Twitter, will (a) procure for Twitter a right to continue using the Work Product and/or Services as set forth in this Agreement and/or the applicable Statement of Work; or (b) replace or modify the Work Product and/or Services or part thereof with a modified or substituted Work Product and/or Service or other part that does not infringe and that is qualitatively and functionally at least equivalent to the affected Work Product and/or Service or part thereof. If (a) or (b) is not available or if Supplier has not promptly performed (a) or (b) above, Twitter may terminate the relevant Statement of Work in whole or in part and Supplier will promptly refund to Twitter (i) all fees paid for the affected Work Product and Service, and all pre-paid fees, pro-rated to the date of termination.

## 10. TERM AND TERMINATION.

**10.1. Term**. The term (the "Term") of this Agreement will commence on the Effective Date and continue in effect until terminated in accordance with the terms of this Agreement. The term of each Statement of Work will be as set forth in the Statement of Work itself.

**10.2. Termination for Breach.** Either party may terminate this Agreement (including all Statements of Work) if the other party breaches any material term of this Agreement and fails to cure such breach (if amenable to cure) within ten (10) days following written notice thereof from the non-breaching party.

**10.3. Termination for Convenience.** Twitter may immediately terminate this Agreement (including any or all Statements of Work) at any time, for any reason or no reason, by providing thirty (30) days prior written notice to Supplier of its intent to terminate the Agreement.  Supplier may terminate this Agreement (but not including any pending Statements of Work) for any reason or no reason, by providing sixty (60) days prior written notice to Twitter of its intent to terminate the Agreement.

**10.4. Effect of Termination.**

**10.4.1.** Upon the expiration or any termination of this Agreement, Supplier will promptly deliver to Twitter all Work Product, including all work in progress on any Work Product and all versions and portions thereof. All SOWs will automatically terminate on the date of expiration or termination of this Agreement.

**10.4.2.** Upon the expiration or any termination of this Agreement (except termination of this Agreement pursuant by Twitter pursuant to Section 10.2. for breach by Supplier), Twitter will pay Supplier any amounts that are due and payable for Services performed by Supplier prior to the effective date of expiration or termination.

**10.4.3.** Upon the expiration or termination of this Agreement for any reason, Supplier will promptly notify Twitter of all Twitter-owned property and Confidential Information in Supplier's possession or control and will promptly return all such Twitter-owned property and certify to Twitter that all Confidential Information has been destroyed, at Supplier's expense and in accordance with Twitter's instructions.

**11. INSURANCE.**

**11.1.** Supplier will maintain the following insurance policy levels during the Term of this Agreement. All policies will be placed with an insurer having an AM Best's rating of not less that A-VII. Supplier is responsible for requiring appropriate limits of the same insurance for any Subcontractors. Upon written request of Twitter, Supplier will provide evidence of applicable insurance coverage:

**11.1.1.** Workers' Compensation as required by law where work is performed. Employer's Liability insurance of not less than US$1,000,000 per employee and per accident and must include a waiver of all right of subrogation against Twitter;

**11.1.2.** Commercial General (or Public) Liability insurance of not less than US$1,000,000 per occurrence or US$2,000,000 aggregate. Twitter will be named as an additional insured on Supplier's Commercial General Liability policy. Further, the foregoing insurance coverage must (i) be primary and non-contributory to any insurance carried by Twitter; (ii) apply severability of interest; and (iii) include a waiver of all right of subrogation against Twitter;

**11.1.3.** Professional Liability insurance covering errors, omissions and negligent acts arising out of the professional services under this Agreement. Limits will be not less than US$1,000,000 per claim;

**11.1.4.** Automobile Liability. Minimum acceptable limits for combined single limit bodily injury and property damage will be not less than US$1,000,000; per occurrence.

**11.1.5.** Umbrella/excess Liability of not less than $5,000,000; and

**11.1.6**. Employee Dishonesty coverage including Third Party/Customer extension with a limit of not less than $500,000.

**11.1.7.** CyberLiability insurance covering breach of Twitter's network, systems, records, or data by intentional or unintentional acts of vendor and vendor's employees with a limit of not less than $1,000,000 per claim.

**11.2.** These insurance requirements will not in any way limit Supplier's indemnity obligations to Twitter as set forth elsewhere in this Agreement, nor will they relieve or decrease the liability of Supplier in any way. Twitter does not in any way represent that the insurance or limits of insurance specified above are adequate or sufficient to protect the Supplier's interests or liabilities. Supplier is responsible, at Supplier's sole expense, for providing any additional insurance deemed necessary to protect its interests.

**12. LIMITATION OF LIABILITY.** TO THE EXTENT PERMITTED BY APPLICABLE LAW, EXCEPT FOR A PARTY'S OBLIGATIONS UNDER SECTION 3.2 (BACKGROUND CHECK), SECTION 6 (CONFIDENTIAL INFORMATION), SECTION 7 (ANTI-BRIBERY), SECTION 9 (INDEMNIFICATION), AND INFRINGEMENT AND MISAPPROPRIATION OF THE OTHER PARTY'S INTELLECTUAL PROPERTY RIGHTS, IN NO EVENT WILL EITHER PARTY BE LIABLE TO THE OTHER FOR ANY INDIRECT, SPECIAL, INCIDENTAL, EXEMPLARY, PUNITIVE OR CONSEQUENTIAL DAMAGES (INCLUDING LOSS OF USE, DATA, BUSINESS OR PROFITS) ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT, WHETHER SUCH LIABILITY ARISES FROM ANY CLAIM BASED UPON CONTRACT, WARRANTY, TORT (INCLUDING NEGLIGENCE) STRICT LIABILITY OR OTHERWISE, AND WHETHER OR NOT THE PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH LOSS OR DAMAGE. THE FOREGOING LIMITATIONS WILL SURVIVE AND APPLY EVEN IF ANY LIMITED REMEDY SPECIFIED IN THIS AGREEMENT IS FOUND TO HAVE FAILED ITS ESSENTIAL PURPOSE. IN ANY CASE, TWITTER'S AGGREGATE LIABILITY UNDER THIS AGREEMENT WILL NOT EXCEED THE TOTAL FEES DUE TO SUPPLIER FOR THE SERVICES RENDERED UNDER THIS AGREEMENT.

**13. GENERAL.**

**13.1. No Election of Remedies.** Except as expressly set forth in this Agreement, the exercise by Twitter of any of its remedies under this Agreement will be without prejudice to its other remedies under this Agreement or available at law or in equity.

**13.2. Subcontractors**. Except as provided under this Section 13.2, only Supplier and Supplier's employees will perform the Services under this Agreement and any Statement of Work. Supplier will not use any Subcontractor to provide Services to Twitter without Twitter's prior written approval. Any approval provided hereunder will be given at Twitter's sole discretion.  No subcontracting (permitted or otherwise) will release the Supplier from its responsibility for its obligations under this Agreement. Supplier will be responsible for the work and activities of any Subcontractor including compliance with the terms of this Agreement and remain fully liable for any and all acts and omissions by its Subcontractors under this Agreement.

**13.3. Export Controls Compliance.** Supplier represents and warrants that it will comply with all applicable export control laws and regulations and it will not directly or indirectly export or re-export, and deliver to Twitter, any information, goods, software and/or technology from any country for which, at the time of export or re-export, requires an export license or other governmental approval, without first obtaining such license or approval. Supplier agrees to inform Twitter in writing, prior to delivery, whether any supplied information, goods, software or technology is controlled under applicable export control laws of another country, and the extent of the restrictions (including but not limited to export control legal jurisdiction, export control classification numbers or export control licenses).

**13.4. Force Majeure.** Neither party will be liable for any delay or failure of or in performance of its obligations under this Agreement due to causes beyond its reasonable control, including but not limited to acts of God, acts of the public enemy, government acts, fire, floods, epidemics, quarantine restrictions, strikes, civil commotions, or freight embargoes ("Force Majeure Event") provided that the affected party has taken reasonable precautions, including, where appropriate, the installation, maintenance and operation of suitable back-up systems, consistent with industry standards in order to guard against the event causing such delay. If a Force Majeure Event delays, disrupts or interrupts performance of Services, then Twitter will not be required to continue to pay the fees for the affected period and Supplier will use its best efforts to restore Services at its expense.  If Supplier fails for any reason substantially to restore all Services within five (5) days after a Force Majeure Event, Twitter may terminate the Agreement or affected Services, at its option, in the same manner as for any convenience termination and any prepaid fees from the termination date will be returned within thirty (30) days.

**13.5. Books and Records; Inspections.** During the Term of this Agreement and for a period of three (3) years after the expiration or termination hereof, Supplier will maintain such books and records as are necessary to demonstrate and confirm Supplier's compliance with its obligations under this Agreement and any Statement of Work. Twitter will, upon reasonable notice, have the right to inspect and review Supplier's books and records to confirm Supplier's aforementioned compliance.  Such inspection and review will be at Twitter's cost, unless it reveals a material noncompliance by Supplier, in which case, Supplier will be responsible for paying the costs of such inspection and review.

**13.6. Assignment.** Supplier may not assign or transfer any of Supplier's rights or delegate any of Supplier's obligations under this Agreement, in whole or in part, without Twitter's express prior written consent.  Any attempted assignment, transfer or delegation, without such consent, will be void. Subject to the foregoing, this Agreement will be binding upon and will inure to the benefit of the parties' permitted successors and assigns.

**13.7.  Equitable Remedies.** Because the Services are personal and unique and because Supplier will have access to Confidential Information of Twitter, Twitter will have the right to enforce this Agreement

and any of its provisions by injunction, specific performance or other equitable relief, without having to post a bond or other consideration, in addition to all other remedies that Twitter may have for a breach of this Agreement.

**13.8. Governing Law.** This Agreement will be governed by and construed in accordance with the laws of the State of California, excluding that body of law pertaining to conflict of laws. Any legal action or proceeding arising under this Agreement will be brought exclusively in the federal or state courts located in the Northern District of California and the parties hereby irrevocably consent to the personal jurisdiction and venue therein.

**13.9. Severability.** If a court of competent jurisdiction holds any provision of this Agreement invalid or unenforceable, the remaining provisions of the Agreement will remain in full force and effect, and the provision affected will be construed so as to be enforceable to the maximum extent permissible by law.

**13.10. Survival.** Those terms that by their nature should survive either expiration or termination of this Agreement, will survive including but not limited to the parties obligations with respect to confidential information, ownership, indemnification and limitation of liability.

**13.11. Notices.** All notices required or permitted under this Agreement will be in writing and delivered by: (a) confirmed facsimile transmission; (b) by courier or overnight delivery service; (c) by certified mail; or (d) in the case of Twitter, via email to legalnotices@twitter.com, and in each instance will be deemed delivered upon receipt. All notices will be sent to the addresses set forth above or to such other address as may be specified by either party to the other in accordance with this Section.

**13.12. Waiver.** The waiver of any breach of any provision of this Agreement will not constitute a waiver of any subsequent breach of the same or other provisions hereof.

**13.13. Equipment and Access.** The Parties acknowledge and agree that Supplier shall not be permitted to use Supplier laptops or other Supplier equipment to provide services hereunder. Further, Supplier shall not access, and Twitter shall not permit access, to confidential customer, employee or product data without the prior written consent of Supplier and Twitter.

**13.14. Counterparts.** This Agreement may be executed in counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

**13.15. Entire Agreement.** This Agreement, together with all Statements of Work, constitutes the complete and exclusive understanding and agreement of the parties with respect to the subject matter hereof and supersedes all prior understandings and agreements, whether written or oral, with respect to the subject matter hereof. No other document provided by Supplier, including but not limited to Supplier's quotation, confirmation, acknowledgement, shipping or other sales forms, will be part of this Agreement, unless specifically agreed to by Twitter as evidenced by documentation executed by the parties. This Agreement may not be supplemented, modified or governed by any shrink-wrap, click-wrap or end-user license agreements of Supplier, unless Twitter first agrees in writing by an authorized representative that is not an electronic communication to be bound by such purported agreements. Any waiver, modification or amendment of any provision of this Agreement will be effective only if in writing and signed by the parties hereto.

**IN WITNESS WHEREOF,** the authorized representative of each party has signed this Agreement as of the Effective Date.

| **Twitter, Inc.** | **Supplier** |
|---|---|
| By: *Janeen Ling* (Janeen Ling, Apr 16, 2019) | By: [signature] |
| Name: Janeen Ling | Name: Min Matson |
| Title: Director, People Systems, Operations & Analytics | Title: Sr. Director |
| Date: Apr 16, 2019 | Date: Apr 10, 2019 |

**Schedule [1]**
**Technical and Organizational Security Measures**

Pursuant to the Agreement, Supplier will adopt and maintain appropriate (including organizational and technical) security measures in dealing with data received from Twitter (including without limitation any personal data or other sensitive data made available to you in the course of your providing services to Twitter) ("Twitter Data") in order to protect against unauthorized or accidental access, loss, alteration, disclosure or destruction of such data, in particular where the processing involves the transmission of data over a network, and against all other unlawful forms of processing.

In determining the appropriateness of security measures, Supplier will take into account the state of the art, the costs of implementation and the nature, scope, context and purposes of processing as well as the varying likelihood and severity for the rights and freedoms of natural persons in the event of a security incident. Terms and expressions as used herein and not defined in this Schedule [1] shall have the meanings set forth in the Agreement.

Supplier shall promptly notify Twitter at: secure@twitter.com of any use or disclosure of Twitter Data, including breaches, investigation, litigation, arbitrated matter or other disputes relating to Supplier's information security or privacy practices as it relates to the service Supplier provides to Twitter within 48 hours after Supplier becomes aware of it. If Twitter determines that such use or disclosure may constitute a breach of Twitter Data, Supplier agrees to provide Twitter written notification of the breach that includes the following information within three (3) days: (1) a brief description of the incident, including the date of the breach and the date of the discovery of the breach; (2) a description of the types of Twitter Data that were involved in the breach; (3) any steps Twitter should take to protect themselves from potential harm resulting from the breach; (4) a brief description of actions that the Supplier is undertaking to investigate the breach, to mitigate harm to individuals, and to protect against any further breaches; and (5) the name and contact information for an employee of Supplier who shall serve as Twitter's primary security contact and shall be available to assist Twitter 24 hours per day, 7 days per week as a contact in resolving obligations associated with a security incident.

At any time during the term of this Agreement at Twitter's [written] request or upon the termination or expiration of this Agreement for any reason, Supplier shall, and shall instruct all Authorized Persons to, promptly return to the Twitter all copies, whether in written, electronic or other form or media, of Twitter Data in its possession or the possession of such Authorized Persons, or securely dispose of all such copies, and certify in writing to Twitter that such Twitter Data has been returned to Twitter or disposed of securely. Supplier shall comply with all [reasonable] directions provided by Twitter with respect to the return or disposal of Twitter Data.

Supplier will implement at least the following specific security measures:

1. **Access, Use & Disclosure**

    1.1. Supplier will only access and use Twitter data or Twitter information systems in the manner and to the extent necessary to provide the agreed products, services, and solutions, unless otherwise authorized in writing by Twitter.
    1.2. Supplier will not sell, rent, transfer, distribute, disclose, copy, alter, or remove Twitter Data unless authorized in writing by Twitter.

2. **Data Security**

    2.1. Twitter Data must not be moved to hosted file sharing services. These services include, but are not limited to, Dropbox, Box, Google Drive and Microsoft Onedrive.
    2.2. Twitter Data that includes sensitive information, such as addresses, phone numbers, birth dates, or bank account information shall not be scanned or archived.

**3. Endpoint Security**

   3.1. Twitter Data must not be moved to portable USB devices.
   3.2. If provided with Twitter-owned endpoint devices, Supplier must not disable or otherwise interfere with Twitter endpoint protection mechanisms that are configured to regularly scan for or fix identified vulnerabilities on endpoint systems.  This includes operation of Twitter security agent software that may relate to firewall, malware protection and up-to-date patches and virus definitions.

**4. Organizational Security**

   4.1. Supplier must conduct thorough background checks on employees and contractors who may have access to Twitter Data, in accordance with applicable law.
   4.2. Supplier must have a controlled employee termination or change of status policy or process that includes notification to security / access administration within 24 hours to ensure access modification or removal is performed immediately.
   4.3. Supplier must return all Twitter-owned assets (endpoint devices including laptops, desktop, cell phones, access cards, keys, proprietary documentation) upon termination and change of status
   4.4. Supplier must have a disaster recovery plan in place.
   4.5. Supplier must require personnel to complete security awareness training, addressing specific technical and organizational security measures.