TYLER R. DOWDALL, State Bar No. 258950
*tdowdall@tarterkrinsky.com*
**TARTER KRINSKY & DROGIN LLP**
2029 Century Park East, Suite 400N
Los Angeles, California 90067-2512
Telephone:  (424) 330-8580
Facsimile:   (315) 512-1465

*Attorneys for Plaintiff Point B, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POINT B, INC, <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC., and Does 1 – 20, inclusive, <br><br> Defendants. | CASE NO. 3:23-cv-02934-TSH <br><br> **PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

**PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations, or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party could be substantially affected by the outcome of this proceeding:

1. Point B, Inc. – Plaintiff, financial interest;
2. Twitter, Inc. – Defendant, financial interest; and
3. Elon Musk – CEO Twitter, financial interest.

DATED: June 27, 2023                    Respectfully submitted,

By:     */s/ Tyler R. Dowdall*
        TYLER R. DOWDALL (SBN 258950)
        tdowdall@tarterkrinsky.com
        TARTER KRINSKY & DROGIN LLP
        2029 Century Park E, Suite 400
        Los Angeles, CA 90067-2905
        Telephone: (424) 330-8580
        Facsimile: (315) 512-1465

        *Attorneys for Plaintiff Point B, Inc.*

# CERTIFICATE OF SERVICE
# POINT B, INC. v. TWITTER, INC.

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 2029 Century Park East, Suite 400N, Los Angeles, CA 90067-2512.

On June 27, 2023, I served true copies of the following document(s) described as **PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action as follows:

| | |
|---|---|
| 1505 Corporation<br>C T CORPORATION SYSTEM<br>330 N Brand Bvld.<br>Glendale, California | Authorized Agents for Service of Process for Defendant Twitter, Inc. |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Tarter Krinsky & Drogin LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as set forth in this Proof of Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 27, 2023, at Los Angeles, California.

*/s/ Brooke M. Genser*
Brooke M. Genser